✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA - NORFOLK DIVISION

United States of America

V.

Antonio Romya Beale

**EXHIBIT AND WITNESS LIST**

Case Number: 2:21cr115

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Roderick C. Young | Joe Depadilla, AUSA | Anthony Gantous, CJA |
|  | COURT REPORTER | COURTROOM DEPUTY |
|  | Jill Trail, OCR | J. Jones |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 3/31/22 | GOV1 | ADM | Video clip of Antonio Beale threatening and assaulting victim |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.